**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

# **CORRECTED LETTER**

May 16, 2022

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN 55072-1000

RE: 22-1957 Paul Hansmeier v. Tobies Enterprises, Inc., et al

Dear Mr. Hansmeier:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

It appears from an examination of the docket entries that a timely filed post-judgment motion is pending before the district court. A notice of appeal filed after entry of judgment but before disposition of the post-judgment motion is ineffective until the entry of the order disposing of the last outstanding motion. A new notice of appeal is not required under Federal Rule of Appellate Procedure Rule 4(a)4 to perfect the appeal after disposition of the last outstanding motion unless the party seeks review of the ruling on the post-judgment motion. In such a case, an amended notice of appeal must be filed within the prescribed time. No additional fees shall be required for such filing.

Upon receipt of the ruling disposing of the last outstanding motion, your appeal will proceed as appropriate. If you disagree with application of the Rule in this case, please advise this office within ten days of the date of this letter.

We note that the district court has denied your request to appeal in forma pauperis. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee. If you are filing a motion for leave to proceed in forma pauperis your motion must contain all of the information required by the Prison Litigation Reform Act, including a copy of your trust account statement showing deposits and balances for the past six months. If the court of appeals allows you to proceed in forma pauperis, the district court will be instructed to set up an installment plan for payment for the $505 fee.

If you fail to take one of the two options listed in the attached order, this appeal will be dismissed for failure to prosecute without further notice.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

MMH

Enclosure(s)

cc: Ms. Kate M. Fogarty
Ms. Brandie L. Morgenroth
Mr. Erik T. Salveson

District Court/Agency Case Number(s): 0:22-cv-00932-NEB

**Caption For Case Number: 22-1957**

Paul R. Hansmeier

Plaintiff - Appellant

v.

Tobies Enterprises, Inc.; Merrick B. Garland, Attorney General of the United States

Defendants - Appellees

**Addresses For Case Participants: 22-1957**

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN 55072-1000

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Ms. Brandie L. Morgenroth
Mr. Erik T. Salveson
NILAN & JOHNSON
Suite 800
250 Marquette Avenue S.
Minneapolis, MN 55401