**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 05/06/2022

**Case Name:** Paul Hansmeier v. Tobies Enterprises, Inc., et al
**Case Number:** 22-1957

**Docket Text:**
Prisoner case docketed. [5155171] [22-1957]

**The following document(s) are associated with this transaction:**
Document Description: Prisoner civil rights letter
Document Description: ProSe NDA

**Notice will be mailed to:**

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN 55072-1000

**Notice will be electronically mailed to:**

Ms. Kate M. Fogarty: appeals@mnd.uscourts.gov
Ms. Brandie L. Morgenroth: bmorgenroth@nilanjohnson.com
Mr. Erik T. Salveson: esalveson@nilanjohnson.com, emiller@nilanjohnson.com