UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Paul Hansmeier vs. Tobies Enterprises, Inc., et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-1957 for the following party(s): (please specify)

Merrick B. Garland

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Kristen E. Rau s/: Kristen E. Rau

Firm Name: U.S. Attorney's Office

Business Address: 600 U.S. Courthouse, 300 South 4th Street

City/State/Zip: Minneapolis, MN 55415

Telephone Number (Area Code): 612-664-5600

Email Address: Kristen.rau@usdoj.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 5/18/2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Paul Hansmeier Reg No. 20953-041
FCI Sandstone - Unit K3
P.O. Box 1000
Sandstone, MN 55072