UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Paul Hansmeier vs. Tobies Enterprises, Inc. et. al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-1957 for the following party(s): (please specify)

Tobies Enterprises, Inc.

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Erik T. Salveson s/: Erik T. Salveson

Firm Name: Nilan Johnson Lewis PA

Business Address: 250 Marquette Avenue South, Suite 800

City/State/Zip: Minneapolis, Minnesota 55401

Telephone Number (Area Code): 612-305-7500

Email Address: esalveson@nilanjohnson.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 05/25/22, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution P.O. Box 1000
Sandstone, MN 55072