**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 22-1957

Paul R. Hansmeier

Appellant

v.

Tobies Enterprises, Inc. and Merrick B. Garland, Attorney General of the United States

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00932-NEB)

---

**ORDER**

The appellant has failed to pay to the Clerk of the United States District Court the requisite docketing fees. Accordingly, appellant is directed to show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

June 07, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans