UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
No.: 22-1957

Paul R. Hansmeier
Appellant

v.

Tobies Enterprises, Inc. and Merrick B. Garland
Appellees

---

Appeal from U.S. District Court for the District of MN
22-cv-932-NEB

---

RESPONSE TO ORDER TO SHOW CAUSE

The Court's June 7, 2022 order instructed Hansmeier to show cause for why this appeal should not be dismissed for failure to pay the appellate filing fee. In response, Hansmeier states that the appellate filing fee was timely paid. The reciept for his payment is docketed at ECF no. 14 in the district court action. A copy is attached hereto. Hansmeier requests that the Court issue a briefing schedule forthwith.

June 11, 2022

Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.P. Box 1000
Sandstone, MN 55072

MIME-Version:1.0 To:mndecfnotifications@mnd.uscourts.gov Message-Id:<8327794@mnd.uscourts.gov> Subject:Activity in Case 0:22-cv-00932-NEB-LIB Hansmeier v. Tobies Enterprises, Inc. et al Receipt Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### U.S. District of Minnesota

### Notice of Electronic Filing

The following transaction was entered on 6/2/2022 at 2:49 PM CDT and filed on 6/2/2022

**Case Name:**     Hansmeier v. Tobies Enterprises, Inc. et al
**Case Number:**     0:22-cv-00932-NEB-LIB
**Filer:**
**WARNING: CASE CLOSED on 04/19/2022**
**Document Number:** 14

**Docket Text:**
**RECEIPT number AMNDC-0000258 in the amount of $505.00 issued to Paul Hansmeier. (JGK)**

**0:22-cv-00932-NEB-LIB Notice has been electronically mailed to:**

Brandie L Morgenroth     bmorgenroth@nilanjohnson.com, cmccall@nilanjohnson.com

Erik T Salveson     esalveson@nilanjohnson.com, dbunnell@nilanjohnson.com

**0:22-cv-00932-NEB-LIB Notice has been delivered by other means to:**

Paul Hansmeier
Reg. No 20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN 55072

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=6/2/2022] [FileNumber=8327792-0]
[560f0e61c0bde718fb5d2aaec67bb16b06ee21ce69c39841d10ebc155f895f21299e
09a7d1204c95949b14cbc0b459277cec4f3736d71c5404300c6057ec5892]]

Exhibit A

COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit F
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550

13 JUN 2022 PM 4 L

⇔20953-041⇔
Clerk Of Court
Suite 500
316 N Robert ST
Court of Appeals
Saint PAUL, MN 55101
United States

RECEIVED
JUN 15 2022
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

55101-146125