FILED
JUN 27 2022
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

RECEIVED
JUN 27 2022
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Paul Hansmeier,
    Appellant,

v.

Tobies Enterprises, Inc. et. al.,
    Appellees.

Appeal No. 22-1957

STATEMENT OF ISSUES ON APPEAL

Issue 1: The district court construed Hansmeier's official capacity claims for declaratory and injunctive relief against the Attorney General as Bivens claims and dismissed those claims for failure to meet Bivens's requirements. A Bivens claim is an individual capacity claim against a federal officer for constitutional violations. Given that Hansmeier's claims were official capacity claims, did the district err by construing Hansmeier's claims as Bivens claims and dismissing those claims for their failure to meet Bivens's requirements?

Issue 2: The district court dismissed Hansmeier's claims against the Attorney General under the Heck doctrine, which prohibits civil claims that, if successful, would necessarily imply the invalidity of the plaintiff's criminal conviction. Hansmeier's claims, if successful would not disturb his criminal conviction. Did the district court err in its application of the Heck doctrine?

Issue 3: The district court held that its dismissal of Hansmeier's claims against the Attorney General deprived Hansmeier of standing to pursue claims against Tobies Enterprises, Inc., which were removed from Hennepin County District Court,

Appellate Case: 22-1957    Page: 1    Date Filed: 06/29/2022    Entry ID: 5172632

and dismissed Hansmeier's claims as a result. Did the district court err by dismissing Hansmeier's claims against Tobies given that the Attorney General claims were erroneously dismissed, Hansmeier's complaint contains allegations that establish a basis for standing independently of claims against the Attorney General and, at a minimum, this Court's precedent holding that removed claims must be remanded if it is determined, at any time, that a plaintiff lacks standing to bring them?

Issue 4: The district court summarily described Hansmeier's claims against Tobies as frivolous. Does the district court's conclusion have support in the law and record of this case?

Issue 5: The district court imposed a sweeping filing restriction against Hansmeier with no restrictions on subject matter and which included an order that Hansmeier's claims be dismissed without comment. Did the district court abuse its discretion and violate Hansmeier's First and Fifth Amendment rights by doing so?

Dated: June 22, 2022

Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072