Appellate Case: 22-1957 Page: 1 Date Filed: 06/29/2022 Entry ID: 5172632

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

24 JUN 2022 PM 6 L

FOREVER / USA

X-RAYED BY USMS

RECEIVED
JUN 27 2022
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

⇔20953-041⇔
Clerk Of Court
Suite 500
316 N Robert ST
Court of Appeals
Saint PAUL, MN 55101
United States

55101-146099