# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 25, 2022

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN  55072-1000

      RE:  22-1957  Paul Hansmeier v. Tobies Enterprises, Inc., et al

Dear Mr. Hansmeier:

      Enclosed is a copy of the dispositive order entered today in the referenced case.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

      Michael E. Gans
      Clerk of Court

CNL

Enclosure(s)

cc:    Ms. Kate M. Fogarty
       Ms. Brandie L. Morgenroth
       Ms. Kristen Elise Rau
       Mr. Erik T. Salveson

      District Court/Agency Case Number(s):  0:22-cv-00932-NEB