_____

No: 22-1957
_____

Paul R. Hansmeier

Plaintiff - Appellant

v.

Tobies Enterprises, Inc.; Merrick B. Garland, Attorney General of the United States

Defendants - Appellees

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00932-NEB)

**JUDGMENT**

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

July 25, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans