**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 22-1957

Paul R. Hansmeier

Appellant

v.

Tobies Enterprises, Inc. and Merrick B. Garland, Attorney General of the United States

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00932-NEB)

---

**ORDER**

The motion for stay pending appeal is denied.

August 15, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________
/s/ Michael E. Gans