# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1957

Paul R. Hansmeier

Appellant

v.

Tobies Enterprises, Inc. and Merrick B. Garland, Attorney General of the United States

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00932-NEB)

---

**ORDER**

The petition for rehearing by the panel is denied.

September 07, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans