**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 22-1957

Paul R. Hansmeier

Appellant

v.

Tobies Enterprises, Inc. and Merrick B. Garland, Attorney General of the United States

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00932-NEB)

---

**MANDATE**

In accordance with the judgment of July 25, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 14, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit

/s/ Michael E. Gans